UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LEZLEE BAILEY                                                                             PLAINTIFF

v.                                      No. 6:18-CV-6081

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                                          DEFENDANT

## ORDER

Before the Court is a joint motion (Doc. 20) to dismiss this case with prejudice. The motion represents that the matter has settled. Dismissal on these terms is proper.

IT IS THEREFORE ORDERED that the motion (Doc. 20) is GRANTED and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 19th day of December, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE